**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  06-cv-02125-LTB-MEH

TERENCE IRELAND and
DOMINICK MARSAL,

       Plaintiffs,

v.

AMERICAN RESIDENTIAL SERVICES, LLC (ARS Service Express),

       Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Joint Motion for Dismissal With Prejudice (Doc 13 - filed June 27, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                           BY THE COURT:

                             s/Lewis T. Babcock
                           Lewis T. Babcock, Judge

DATED:   June 28, 2007